IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

    v.

LUCILA PIZARRO,

    Defendant.

***E-FILED - 10/23/09***

CASE NO.: C-09-01945-RMW

**ORDER CLOSING FILE IN VIEW OF BANKRUPTCY STAY**

This action has been stayed by the defendant's bankruptcy proceedings. Therefore, the case is hereby closed. It may be reopened on application by any party showing that the bankruptcy stay has been lifted. The motion for default judgment set for October 30, 2009 is hereby vacated. The clerk will close the file.

DATED: October 23, 2009

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

1
2
3
4   Copy of Order E-Filed to Counsel of Record:
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28